Gordon W. Renneisen (SBN 129794)
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, CA 94105
(t) (415) 625-5025
(f) (415) 974-6433
grenneisen@cornerlaw.com

Attorneys for Plaintiffs
THE CRONE LAW GROUP and
MARK E. CRONE

Michelle L. Visser (SBN 277509)
michelle.visser@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel:    (415) 315 6300
Fax:    (415) 315 6350
(additional counsel listed on signature page)

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CRONE LAW GROUP and MARK E. CRONE<br><br>                    Plaintiffs,<br><br>        vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION<br><br>                    Defendants. | Case No. 3:13-cv-05395-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FEBRUARY 18, 2014 CASE MANAGEMENT CONFERENCE** AS MODIFIED<br><br>Hon. Elizabeth D. Laporte<br><br>Case Management Conference:<br>February 18, 2014 at 10:00 a.m. |

Plaintiffs, Mark E. Crone ("Mark Crone") and The Crone Law Group ("Crone Law"), and Defendant Liberty Surplus Insurance Corporation ("Liberty" or "LSIC") hereby enter into the stipulation set forth below.

WHEREAS:

1. The initial Case Management Conference in this matter currently is set for February 18, 2014

2. The parties believe that it would be productive to explore the possibility of settlement before commencing discovery, engaging in motion practice, or otherwise actively litigating the case.

3. The parties are committed to pursuing Alternative Dispute Resolution, would like to complete ADR prior to the initial Case Management Conference, and will make a good faith effort to resolve this matter though ADR before either the parties or the Court need to prepare a case management plan.

4. On February 10, 2014 the parties had a conference call with ADR Program Director Howard Herman.  Although this call did not result in any ADR being scheduled, the parties discussed several possible ADR options with Mr. Herman.

5. Mr. Herman has scheduled a second ADR conference call with the parties for February 14, 2014.  The parties anticipate that during the February 14 conference, or shortly thereafter, the parties and Mr. Herman will agree on a form of ADR appropriate for this case and will at least begin the process of scheduling ADR.

6. Rather than going forward with a Case Management Conference on February 18, 2014, the parties believe that it would better serve the interests of judicial economy to continue the Conference for 30 days; to have the parties report to the Court in advance of the continued Conference regarding their progress in scheduling ADR; and, if appropriate, to further continue the Conference for enough time to enable the parties to complete ADR before the Conference.

///

///

STIPULATION AND PROPOSED ORDER
CONTINUING FEBRUARY 18, 2014 CMC                    1                    CASE NO. C 13-05395 EDL

THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1. The Case Management Conference presently set for February 18, 2014 will be continued to March ~~18~~ 25, 2014.

2. By March ~~11~~ 18, 2014 the parties will submit to the Court a stipulation reporting on the scheduling of ADR and proposing a date for the further continuance of the Case Management Conference.

Dated: February 11, 2014                     CORNERSTONE LAW GROUP


                                              By    Gordon W. Renneisen /s/
                                                    Gordon W. Renneisen
                                                    Attorneys for Plaintiffs
                                                    THE CRONE LAW GROUP and
                                                    MARK E. CRONE


Dated: February 11, 2014                     ROPES & GRAY LLP


                                              By    Matthew M. Burke /s/
                                                    Michelle L. Visser (SBN 277509)
                                                    Kevin P. Daly (pro hac vice pending)

                                                    Matthew M. Burke (admitted pro hac vice)
                                                    matthew.burke@ropesgray.com
                                                    ROPES & GRAY LLP
                                                    Prudential Tower
                                                    800 Boylston Street
                                                    Boston, Massachusetts 02199-3600
                                                    Tel: (617) 951-7000
                                                    Fax: (617) 951-7050

                                                    Attorneys for Defendant
                                                    LIBERTY SURPLUS
                                                    INSURANCE CORPORATION

IT IS SO ORDERED.

Dated: February 14, 2014                     *Elizabeth D. Laporte* (signature)
                                              HONORABLE ELIZABETH D. LAPORTE