| | |
|---|---|
| 1 | Michelle L. Visser (SBN 277509) |
| 2 | michelle.visser@ropesgray.com |
|   | Kevin P. Daly (admitted pro hac vice) |
| 3 | kevin.daly@ropesgray.com |
|   | ROPES & GRAY LLP |
| 4 | Three Embarcadero Center |
|   | San Francisco, California 94111-4006 |
| 5 | Tel.   (415) 315 6300 |
|   | Fax    (415) 315 6350 |

Matthew M. Burke (admitted pro hac vice)
matthew.burke@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CRONE LAW GROUP and MARK E. CRONE, | Case No. 13-cv-05395-EDL |
| Plaintiffs, | ~~PROPOSED~~ ORDER GRANTING DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| v. | |
| LIBERTY SURPLUS INSURANCE CORPORATION, | |
| Defendant. | |

**Defendant Liberty Surplus Insurance Corporation's Request to Participate in Case Management Conference by Telephone**
**Case No. 13-cv-05395-EDL**

## ~~PROPOSED~~ ORDER GRANTING DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

IT IS HEREBY ORDERED THAT Matthew M. Burke may participate by telephone in the Case Management Conference scheduled for 10:00 a.m. on Tuesday, February 18, 2014 or on any such time and date to which the Case Management Conference may be continued.

Dated: February 14, 2014

*/s/ Elizabeth D. Laporte*
UNITED STATES
~~DISTRICT~~/MAGISTRATE JUDGE