Gordon W. Renneisen (SBN 129794)
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, CA 94105
(t) (415) 625-5025
(f) (415) 974-6433
grenneisen@cornerlaw.com

Attorneys for Plaintiffs
THE CRONE LAW GROUP and
MARK E. CRONE


Michelle L. Visser (SBN 277509)
michelle.visser@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel:   (415) 315 6300
Fax:   (415) 315 6350
(additional counsel listed on signature page)

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CRONE LAW GROUP and MARK E. CRONE<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION<br><br>Defendants. | Case No. 3:13-cv-05395-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 25, 2014 CASE MANAGEMENT CONFERENCE**<br><br>Hon. Elizabeth D. Laporte<br><br>Case Management Conference:<br>March 25, 2014 at 10:00 a.m. |

Plaintiffs, Mark E. Crone ("Mark Crone") and The Crone Law Group ("Crone Law"), and Defendant Liberty Surplus Insurance Corporation ("Liberty" or "LSIC") hereby enter into the stipulation set forth below.

WHEREAS:

1. The initial Case Management Conference ("CMC") in this matter currently is set for March 25, 2014.

2. The parties are committed to pursuing Alternative Dispute Resolution, would like to complete ADR prior to the initial CMC, and will make a good faith effort to resolve this matter though ADR before either the parties or the Court need to prepare a case management plan.

3. This matter has been referred to Magistrate Judge Joseph C. Spero for settlement purposes. On March 5, 2015 Judge Spero entered an order (Docket No. 23) setting a Settlement Conference for May 15, 2014.

4. Rather than going forward with a Case Management Conference on March 25, 2014, the parties believe that it would better serve the interests of judicial economy to continue the CMC until after the May 15, 2014 Settlement Conference. The parties suggest that the Court re-schedule the CMC for June 3, 2014 or a later, convenient date.

THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1. The Case Management Conference presently set for February 18, 2014 will be continued to June 3, 2014, at 10:00 a.m.

2. The Joint Case Management Statement will be due seven days prior to the date of the continued Case Management Conference.

STIPULATION AND PROPOSED ORDER
CONTINUING MARCH 25, 2014 CMC                1                CASE NO. C 13-05395 EDL

| | |
|---|---|
| Dated: March 18, 2014 | CORNERSTONE LAW GROUP |
| | |
| | By  Gordon W. Renneisen /s/ |
| |     Gordon W. Renneisen |
| |     Attorneys for Plaintiffs |
| |     THE CRONE LAW GROUP and |
| |     MARK E. CRONE |
| | |
| Dated: March 18, 2014 | ROPES & GRAY LLP |
| | |
| | By  Matthew M. Burke /s/ |
| |     Michelle L. Visser (SBN 277509) |
| |     Kevin P. Daly (admitted pro hac vice) |
| |     Matthew M. Burke (admitted pro hac vice) |
| |     matthew.burke@ropesgray.com |
| |     ROPES & GRAY LLP |
| |     Prudential Tower |
| |     800 Boylston Street |
| |     Boston, Massachusetts 02199-3600 |
| |     Tel: (617) 951-7000 |
| |     Fax: (617) 951-7050 |
| | |
| |     Attorneys for Defendant |
| |     LIBERTY SURPLUS |
| |     INSURANCE CORPORATION |

IT IS SO ORDERED.

Dated: March 18, 2014

_____
HONORABLE ELIZABETH D. LAPORTE